U.S. District Judge James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| TAMMY LEE BRUEGMAN,<br>    Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br>    Defendant. | 3:18-cv-05577-JLR<br><br><br><br><br>ORDER FOR ATTORNEY FEES |

After considering Plaintiff's Motion, Plaintiff's Motion is hereby granted as follows: Kevin Kerr is allowed an attorney's fee under the Social Security Act, 42 U.S.C. § 406(b), in the amount of $7,560.00, out of which Plaintiff shall be refunded the $883.81 already received by counsel under the Equal Access to Justice Act. Any funds withheld by the Commissioner in anticipation of an order under Section 406(b), less an administrative assessment pursuant to 42 U.S.C. 406(d), may be paid to Schneider, Kerr & Robichaux, PO Box 14490, Portland, OR 97293, consistent with this order.

Dated this 18th day of September, 2020.

_____
Honorable James L. Robart
UNITED STATES DISTRICT JUDGE

1  Presented by:

2  s/ Kevin Kerr

3  KEVIN KERR, WSB #47715
   Schneider Kerr Law Offices
4  PO Box 14490
   Portland, OR 97293
5  (503) 255-9092
   kevinkerr@schneiderlaw.com

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22